IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVANS LEE WRIGHT,

    Plaintiff,

v.                                CASE NO. 1:10-cv-00185-MP -GRJ

ALACHUA COUNTY SHERIFF OFFICE,

    Defendant.

_____/

## O R D E R

This matter is before the Court upon Plaintiff's Motion for Extension of Time to Amend and provide financial Information. (Doc. 5). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through October 6, 2010, to file an amended complaint and provide financial information as directed by previous Order. (See Doc. 4).

    **DONE AND ORDERED** this 22nd day of September, 2010.

                                              *s/ Gary R. Jones*
                                             GARY R. JONES
                                             United States Magistrate Judge