IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVANS LEE WRIGHT,

    Plaintiff,

v.                              CASE NO. 1:10-cv-00185-MP -GRJ

ALACHUA COUNTY SHERIFF OFFICE,

    Defendant.

_____/

## O R D E R

Plaintiff has filed a Response to the Court's previous order regarding his complaint and filing fees. (Doc. 4). He has been transferred to the Reception and Medical Center and did not receive the Court's subsequent Order (doc. 6) granting him through October 6, 2010, to comply. This Order, mailed to Plaintiff at his previous address in Gainesville, Florida, was returned as undeliverable. (Doc. 8).

Accordingly, it is **ORDERED:**

1. The Clerk shall note on the docket that according to the Department of Corrections Offender Search database Plaintiff is now in Reception Medical Center, P. O. Box 628, Lake Butler, Florida 32054.

2. The Clerk shall mail to Plaintiff a copy of the complaint, (Doc. 1) and copies of Documents 4 and 6 with a copy of this order.

3. Plaintiff shall have through October 17, 2010, to comply with the instructions in the Order dated September 14, 2010.

**DONE AND ORDERED** this 30th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge