IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVANS LEE WRIGHT,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00185-MP -GRJ

ALACHUA COUNTY SHERIFF OFFICE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Amended Complaint, Doc. 20, Prisoner Consent Form & Financial Certificate, and Doc. 21, Notice of Filing by Evans Lee Wright. Plaintiff has filed a Second Amended Complaint and a Second Amended Prisoner Consent Form & Financial Certificate. In accordance with Local Rule 72.2(C), this cause is REFERRED back to U.S. Magistrate Judge Gary R. Jones for further proceedings and filing of a revised report and recommendation.

    **DONE AND ORDERED** this  *28th* day of December, 2010

                                  *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge