IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVANS LEE WRIGHT,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00185-MP -GRJ

ALACHUA COUNTY SHERIFF OFFICE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, which recommends this case be dismissed for failure to state a claim and as frivolous. Despite several opportunities, Plaintiff has failed to provide any facts supporting a cognizable claim under 42 U.S.C. § 1983. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 24, is ADOPTED and incorporated herein.

2. This complaint is DISMISSED without prejudice for failure to state a claim for relief and as frivolous under 28 U.S.C. §1915A.

**DONE AND ORDERED** this  27th  day of January, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge